IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRENDAN WELCH, <br><br> Plaintiff, <br><br> vs. <br><br> MARLA SCHNELL, Chief of Police of David City Police Department, in her Individual capacity and official capacity; <br><br> Defendant. | 4:25CV3059 <br><br> **MEMORANDUM AND ORDER** |

This matter is before the Court on a motion filed by Plaintiff Brendan Welch seeking to extend the current deadline of July 28, 2025, to file his amended complaint by at least 30 days. Filing No. 8. As cause, Plaintiff submits that additional time is needed to prepare his amended complaint due his work schedule other life events. *Id.* at 1.

Upon consideration,

**IT IS ORDERED** that:

1. Petitioner's Motion, Filing No. 8, is **GRANTED**. Plaintiff shall have until **August 20, 2025**, to file his amended complaint.

2. The Clerk's Office is directed to terminate the previous pro se case management deadline of "July 28, 2025: amended complaint due," and to set the following pro se case management deadline: **August 20, 2025**: amended complaint due.

2

Dated this 21st day of July, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge

2