IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENDAN WELCH, | | |
| Plaintiff, | | **4:25CV3059** |
| vs. | | |
| MARLA SCHNELL, Chief of Police of David City Police Department, in her Individual capacity and official capacity; | | **ORDER** |
| Defendant. | | |

This matter comes before the court on Plaintiff's Motion and Petition for Appointment of Limited Scope Representation. (Filing No. 43). The court grants that motion in part as it relates to the extension of discovery deadlines, but denies the remainder.

The court previously denied Plaintiff's motion for court-appointed counsel without prejudice, finding that Plaintiff's remaining claim is relatively straightforward and that the facts and legal issues are not so complicated that the appointment of counsel is warranted. (Filing No. 18). Plaintiff's current motion does not present changed circumstances or new grounds that alter that analysis. Moreover, Plaintiff's motion makes clear that he is not seeking counsel to assist with the substance of his claims, but rather solely for the purpose of printing, mailing, and filing court documents on his behalf. The appointment of counsel under 28 U.S.C. § 1915(e)(1) is not a mechanism for providing administrative or logistical assistance, and a request limited to such purposes does not warrant appointment. *See Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013) (appointment appropriate only where the

complexity of the case and the plaintiff's ability to investigate and present his claims so require). The court therefore denies the motion on the same grounds.

The court also notes that Plaintiff's motion, to the extent he seeks accommodations for filing, is resolved by a prior order of this court. On February 6, 2026, the court granted Plaintiff's motion to file electronically and directed Plaintiff to register for an account on www.pacer.gov pursuant to NEGenR 1.3. (Filing No. 33). Plaintiff has not complied with that order, and the court will not accept filings by email. (Filing No. 33). Although Plaintiff has now provided an email address to the court in Filing No. 44, electronic filing must be accomplished through PACER, not email correspondence. Plaintiff is again directed to register for a PACER account at www.pacer.gov to register for electronic filing.

Plaintiff has expressed concern about the cost of PACER access. Plaintiff is advised that there is no fee to register for a PACER account, and a credit card is not required to register, though providing one may expedite processing of his account. Users are not charged unless they accrue more than $30 in charges within a quarterly billing cycle. Additionally, as a party to this case, Plaintiff is entitled to one free electronic copy of each document filed electronically, if receipt is required by law or directed by the filer. Court opinions are also accessible at no charge. Resources for those who cannot afford PACER fees are available at https://pacer.uscourts.gov/my-account-billing/billing/options-access-records-if-you-cannot-afford-pacer-fees. Plaintiff is also advised that once he registers for electronic service, he will no longer receive any notice via U.S. Mail.

To allow Plaintiff time to register for PACER and come into compliance with the court's prior orders, the court will extend the current written discovery deadlines. The April 27, 2026 written discovery deadline and the May 11, 2026 Motion to Compel deadline are each extended by thirty (30) days, to May 27, 2026 and June 10, 2026, respectively. All other deadlines in the Final Progression Order (Filing No. 27) remain unchanged. Defendant has also filed a Motion for Summary Judgment. (Filing No. 37). The court will also extend Plaintiff's deadline to file a response to that motion by thirty (30) days, or no later than May 26, 2026. No further extensions will be granted absent a showing of good

cause as Plaintiff has now been given several opportunities to proceed as directed by the court.

Accordingly,

IT IS ORDERED that:

1. Plaintiff's Motion and Petition for Appointment of Limited Scope Representation is granted in part and denied in part, as set forth above.
2. The written discovery deadline is extended to May 27, 2026 and the Motion to Compel deadline is extended to June 10, 2026. All other deadlines in the Final Progression Order (Filing No. 27) remain unchanged.
3. Plaintiff's response deadline to Defendant's Motion for Summary Judgment is extended to May 26, 2026. Any reply shall be filed in accordance with the local rules.

Dated this 21st day of April, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge